# United States District Court
# Western District of North Carolina
# Charlotte Division

| | | |
|---|---|---|
| Yilien Osnarque, | ) | JUDGMENT IN CASE |
| | ) | |
| Plaintiff(s), | ) | 3:22-cv-00646-KDB-DCK |
| | ) | |
| vs. | ) | |
| | ) | |
| Harold Bender | ) | |
| Nicole Epstein | ) | |
| Gena W. Kirby | ) | |
| David S. Cayer | ) | |
| FNU LNU | ) | |
| Yvonne Mims Evans, | ) | |
| | ) | |
| Defendant(s). | ) | |

DECISION BY COURT. This action having come before the Court and a decision having been rendered;

IT IS ORDERED AND ADJUDGED that Judgment is hereby entered in accordance with the Court's March 31, 2023 Order.

March 31, 2023

*Frank G. Johns*

Frank G. Johns, Clerk
United States District Court